IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Steven Allen Royston - #097862

CV 10 80 268 MISC

_____/

### ORDER TO SHOW CAUSE

It appearing that Steven Allen Royston has been suspended for not passing the professional responsibility exam by the State Bar Court effective October 12, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before December 10, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Steven Allen Royston
Attorney At Law

Law Office of Steven A Royston
7321 Stockton Blvd
Sacramento, CA 95823