**FILED**

DEC 23 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 10 80268 MISC VRW

Steven Allen Royston,
                                     ORDER
    State Bar No 097862
_____/

On November 4, 2010, the court issued an order to show cause (OSC) why Steven Allen Royston should not be removed from the roll of attorneys authorized to practice law before this court, based upon his suspension by the State Bar of California, effective October 12, 2010.

The OSC was mailed to Mr Royston's address of record with the State Bar on November 8, 2010. A written response was due on or before December 10, 2010. No response to the OSC has been filed as of this date.

The court now orders Steven Allen Royston removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

    Steven Allen Royston

_____/

Case Number: CV10-80268 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven Allen Royston
Law Office of Steven A Royston
7321 Stockton Blvd
Sacramento, CA 95823

Dated: December 23, 2010

    Richard W. Wieking, Clerk
    By: Cora Klein, Deputy Clerk

    *Cora Klein*